UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS T. DENELL, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | Case No. C11-1794-JCC-BAT <br><br> **REPORT AND RECOMMENDATION** |

Douglas T. Denell seeks review of the denial of his Supplemental Security Income and Disability Insurance Benefits applications. Dkt. 3. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

The parties stipulate upon remand, the Administrative Law Judge shall be directed to update the treatment evidence on plaintiff's medical condition; evaluate plaintiff's impairments of antisocial personality disorder, learning disorder and post traumatic stress disorder with social phobia; evaluate the severity of plaintiff's anxiety disorder(s) under listing 12.06 and personality disorder under listing 12.08; expressly evaluate the examining medical source opinions from Dr. Parlatore, M.D., and explain the reasons for the weight he gives to this opinion evidence; further consider plaintiff's residual functional capacity on the updated record, citing specific evidence in

REPORT AND RECOMMENDATION - 1

support of the assessed limitations; further consider whether plaintiff has past relevant work he could perform with the limitations established by the evidence; and, as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 15th day of March, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2